**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
ANGELA RENEE SOUTHERLAND,       )
                                          )
                    Plaintiff,        )
        v.                                )        Civil Action No. 14-2158 (KBJ)
                                          )
OFFICE OF DISABILITY                )
ADJUDICATION AND REVIEW,        )
                                          )
                    Defendant.        )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on Defendant's Motion for Judgment of Affirmance and in Opposition to Plaintiff's Motion for Judgment of Reversal [ECF No. 7].[1]  In its June 29, 2015 Order, the Court directed the plaintiff to file an opposition or other response to the defendant's motion.  The Court advised the plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond each motion and warned plaintiff that, if she failed to file a timely opposition, the Court would treat the motion as conceded.  To date, plaintiff has not filed an opposition to the motion, or requested more time to file an opposition, or advised the Court of any change of address.  The Court, therefore, will grant the defendant's motion as conceded and will dismiss this action.  An Order is issued separately.

DATE:  August 4, 2015                    _Ketanji Brown Jackson_

                                          KETANJI BROWN JACKSON
                                          United States District Judge

---

[1]  Although the briefing schedule set May 1, 2015 as the deadline for the plaintiff's motion for judgment of reversal, the plaintiff did not file a motion.